UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PATRICK SKRABEC, NEIL SKRABEC and MARY ANN SKRABEC, <br> Plaintiffs, <br><br> v. <br><br> TOWN OF NORTH ATTLEBORO DANIEL ARRIGHI, JOSHUA MCMAHON KEVIN MCKEON & JOHN DOES 1 through 20, <br> Defendants. | C.A. No.: 1:15-cv-10673-NMG |

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS, TOWN OF NORTH ATTLEBORO, DANIEL ARRIGHI, JOSHUA MCMAHON AND KEVIN MCKEON**

Now come the Defendants, Daniel Arrighi, Joshua McMahon, Kevin McKeon and the Town of North Attleboro (hereinafter "Town Defendants"), in the above captioned case, and hereby move this Honorable Court pursuant to Fed. R. Civ. P. 56 to enter Summary Judgment in their favor and against the Plaintiffs on all counts of the Complaint against them. As grounds for this Motion, the Town Defendants state that:

In their Complaint, Plaintiffs allege a violation of 42 U.S.C. § 1983 (Counts I & II), Conspiracy (Count III), Negligence (Count IV), Intentional Infliction of Emotional Distress (Count V), Malicious Prosecution (Count VI); and, Loss of Consortium (Count VII). As discovery is now complete, Summary Judgment in favor of the Town Defendants is appropriate, because:

A. Plaintiffs' 42 U.S.C. § 1983 claim against the individual defendants fails (Count I) because probable cause existed to arrest the Plaintiff;

B. Plaintiffs' 42 U.S.C. § 1983 claim against the Town fails (Count II) because there is no evidence of the requisite unconstitutional policy;

*Motion allowed.* /s/ NM Gorton, USDJ 12/23/16